(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Timothy Robinson    SBI 524313__
   (Name of Plaintiff)    (Inmate Number)

__8 Kimberton Dr. Apt H Newark, De. 19713__
(Complete Address with zip code)

(2) _____
   (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Dade D. Werb__
(2) __Lawrence M. Sullivan__
(3) _____
   (Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
AUG − 8 2008
DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption of each case number
      including year, as well as the name of the judicial officer to whom it was assigned:

   __No__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •Yes • (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes • •(No)

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: This has nothing to do with the prison.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Dade D. Werb
   Employed as Public Defender at State of Delaware
   Mailing address with zip code: Public Defender of the State of Delaware Carvel State Building 820 N. French St. Wilm, De 19801

(2) Name of second defendant: Lawrence M. Sullivan
   Employed as Public Defender at State of Delaware
   Mailing address with zip code: Public Defender of the State of De. Carvel State Building 820 N. French St Wilm, De. 19801

(3) Name of third defendant: _____
   Employed as _____ at _____
   Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. SEE SEPERATE SHEETS

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want him terminated from his place of employment. Contact the bar association of his negligence. Penaltys and fines that the court sees appropriate

3

2. _I WANT MY RECORD EXPUNGED, ACTION TO BE REPORTED IN NEWS JOURNAL FOR OTHER DEFENDANTS TO OBSERVE, MAYBE OTHERS HE HAS NOT REPRESENTED WELL._

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6TH__ day of __AUGUST__, 2__008__.

_Timothy J. Robinson_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

8/6/08

## Statement of Claim

1 of 2

My name is Timothy Robinson. I am currently incarcerated at Howard R Young Correctional Inst., since April 22, 2008. I have not seen my public defender at the request to see him, in 4 months. My public defender has not been present at arraingment or case review, in my behalf. He has shown me lack of communication, no regards to the opposition on my behalf; also personal inconvience to me. He has not shown me any commitment, dedication or interest in my case. There is a need of reasonable communication for participation in my representation. He is not concerned with my (the accused) release of custody pending trial, not prepared with motions of any sort for my defense. Again, he has taken no interest in my case. My counsel should confer with me without delay and as often as necessary to my matters of defense. When my public defender is not present at my court date(s). It has left me with unreasonable anxiety and delay, and no confidence in him to handle my defense. Also, lack of trust worthiness. I feel as though, if I knew he wasnt going to do anything for me, I would have started this process earlier. The whole point of his job is to defend people. I understand that their case load is heavy, but a case still

2 of 2

NEEDS PROPER ATTENTION. AND ALSO HANDLED AS IF IT IS THERE ONLY CASE. THIS IS MY LIFE THAT HE HOLDS IN HIS HANDS. WITH A CONVICTION THAT IS NOT DESERVED COULD RUIN MY CAREERS AHEAD AND LIFESTYLE. I MEAN IF HE OR ANY OTHER PUBLIC DEFENDER DOES NOT DO THERE JOB APPROPRIATELY, WHY WOULD WE NEED TO GO TO COURT

Timothy J. Robinson
SBI 524313 / Dorm 4
P.O. Box 9561
Wilm., DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King St.
Wilm., DE. 19801

**INMATE LEGAL MAIL**