8/6/08

To whom it may concern:

My name is Timothy Robinson. I am currently incarcerated at Howard R. Young Correctional Inst. I need copies of these documents sent properly to where they need to go. I hope you can assist me. I want to know where I am supposed to mail the U.S. Marshal form to. I also need to know the proper time to mail it out. I appreciate all you can do to assist me, since I'm incarcerated, and have limited access and time

Sincerely,

Timothy Robinson

FILED

AUG -8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE