IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TIMOTHY ROBINSON,                        )
                                         )
          Plaintiff,                     )
                                         )
               v.                        ) Civil Action No. 08-499-RMB
                                         )
DADE D. WERB, and                        )
LAWRENCE M. SULLIVAN,                    )
                                         )
          Defendants.                    )

**FILING FEE ORDER**

1.   The plaintiff Timothy Robinson, SBI #524313, a <u>pro</u> <u>se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

2.   Consistent with 28 U.S.C. § 1915(a)(1),the plaintiff submitted an affidavit stating that he has no assets with which to prepay the filing fee.  Based on the plaintiff's affidavit, his request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted.

3.   Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00.  In order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a certified copy of his trust fund account statement (memorandum or institutional equivalent, with attachments) **<u>showing all deposits, expenditures and balances</u>** during the six-month period, immediately preceding the filing of the complaint, obtained from

the appropriate official at the institution at which the
plaintiff is confined. **FAILURE OF THE  PLAINTIFF TO RETURN THE
REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS
SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

      4.  Unless the Court determines from the plaintiff's
financial information that he has no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiff's average monthly deposit or average monthly
balance in the trust fund account shall be required to be paid
before the court reviews the complaint.  **NOTWITHSTANDING ANY
PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT
DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO
STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY
RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

      5.  Pursuant to 28 U.S.C. § 1915(g), if the plaintiff
has had three or more actions dismissed by the Court on the
grounds that they were frivolous, malicious, or failed to state a
claim upon which relief may be granted, then the Court shall deny
the plaintiff leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in all future
suits filed without prepayment of the filing fee, unless the
Court determines that the plaintiff is under imminent danger of
serious physical injury.

DATED: 8/22/2008     /s/ Renee Marie Bumb
                   United States District Judge